IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL A. ALERS and DENISE SZUSTOWICZ | : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 08-4745 |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. | : : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 26th day of August, 2009, it is hereby **ORDERED** that:

1. Defendants' Motion to Withdraw Deemed Admissions (Doc. No. 21) is GRANTED.

2. Plaintiff's Cross-Motion [sic] for Summary Judgment (Doc. No. 20) is DENIED.

3. Defendants' Motion to Dismiss in Part (Docket No. 19) is GRANTED IN PART and DENIED IN PART, WITHOUT PREJUDICE, as follows:

   a. Count I is dismissed as to Plaintiff Szustowicz;

   b. Count V is dismissed; and

   c. Count VI is dismissed as follows:

   (i) Pennsylvania Minimum Wage Act claim is dismissed except as to Plaintiff Alers against Defendants Seaborough and Brown, and

   (ii) Emotional Distress [sic] claim is dismissed.

4. Plaintiffs are GRANTED LEAVE to file a Second Amended Complaint within

<u>seven days</u> of the date of this order to re-assert dismissed claims and/or clarify remaining claims.  There will be no further opportunity for Plaintiffs to amend and no extension of this deadline.

5. Defendants shall file a responsive pleading within <u>twenty days</u> of the service of any Second Amended Complaint.

The parties are strongly cautioned to heed footnote 1 of the Court's accompanying Memorandum.

BY THE COURT:

/s/ C. Darnell Jones II

_____

C. DARNELL JONES II,     J.