IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL A. ALERS and, <br> DENISE SZUSTOWICZ, <br> Plaintiffs, <br> v. <br> CITY OF PHILADELPHIA, et al. <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br><br><br><br> NO. 08-4745 |

## ORDER

**LINDA K. CARACAPPA**
**UNITED STATES MAGISTRATE JUDGE**

AND NOW, this 29th day of November, 2011, upon consideration of Defendants' Motion to Compel the Return of Privileged Documents (Doc. No. 51), together with Plaintiff's Opposition thereto (Doc No. 52), IT IS ORDERED THAT:

1) Defendants' motion is GRANTED;

2) Plaintiff shall return the August 13, 2009, memorandum of Ronak Chokshi to Inspector Chris Flacco, and destroy any copies thereof immediately;

3) The parties shall cooperate to identify, remove, and destroy any copy of said memorandum made part of any deposition as an exhibit immediately;

4) Plaintiff and plaintiff's counsel are prohibited from any use of said memorandum in any context whatsoever, unless specifically permitted by future order of the court.

BY THE COURT:

_____
Linda K. Caracappa
United States Magistrate Judge

6