IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL A. ALERS and DENISE SZUSTOWICZ, | : : CIVIL ACTION |
| Plaintiffs, | : NO. 08-4745 |
| v. | : |
| CITY OF PHILADELPHIA, *et al.*, | : |
| Defendants. | : |

## **ORDER**

AND NOW, this 24th day of January, 2013, it is hereby ORDERED as follows:

1. Defendants' Motion for Summary Judgment (Dkt. No. 62) is GRANTED as to Count I, Count II as to Plaintiff Alers only, and Counts III, IV, V, VI, VII, VII[2], and VIII;

2. Said Motion is DENIED as to Count II as to Plaintiff Szustowicz; and

3. A telephone status conference call shall take place on January 31, 2013 at 11:30 a.m., to be initiated by Plaintiff's counsel.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II     J.