# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE SZUSTOWICZ** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 08-4745** |
| **CITY OF PHILADELPHIA** | : | |

## ORDER

For the reasons described in the Memorandum filed with this Order, it is on this 11th day of December 2015,

## ORDERED

that Plaintiff's "Notice" of "[r]evocation of consent to proceed before a magistrate judge" (Doc. No. 168) is treated as a motion to vacate reference under 28 U.S.C. § 636(c)(4), and is denied.

BY THE COURT:

 s/Richard A. Lloret
HON. RICHARD A. LLORET
U.S. Magistrate Judge