### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE SZUSTOWICZ., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO: 08-cv-04745 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | | |

### **O R D E R**

AND NOW this 29th day of September, 2016, in accordance with the accompanying memorandum of law, it is **ORDERED** that:

1. Defendant's post-trial motion (Doc. No. 213), is **DENIED**;

2. Defendant's motion regarding juror misconduct (Doc. No. 172), is **DENIED**;

3. Plaintiff's motions (Doc. Nos. 202 and 214) to dismiss Defendant's post-trial motion (Doc. No. 213) and motion regarding juror misconduct (Doc. No. 172), are **DENIED** as moot;

4. Judgment shall be entered by separate order in favor of Plaintiff Denise Szustowicz.

5. The Clerk of Court shall mark this case closed.

BY THE COURT:

_s/Richard A. Lloret_
HON. RICHARD A. LLORET
U.S. Magistrate Judge